Dismissed and Memorandum Opinion filed January 19, 2006









Dismissed and Memorandum Opinion filed January 19,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00605-CV

____________

 

GARY R. WOOD and ENERGY FISHING AND
RENTAL SERVICES, INC., Appellants

 

V.

 

KEY ENERGY SERVICES, INC., Appellee

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause
No.
05-24694

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from a temporary injunction
signed May 27, 2005.

On January 9, 2006, appellants filed a motion to dismiss,
noting that the trial court entered a final judgment in favor of appellants on
November 18, 2005.  Because the temporary
injunction on appeal in this case expired with entry of the final judgment,
appellants assert that the subject of this appeal is now moot.  We agree.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 19, 2006.

Panel consists of Justices Hudson, Frost, and
Seymore.